Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN NIERESDURSEN, Respondent, for Compensation to Himself under the State Workmen's Compensation Law, v. JOHN T. CLARK & SON, Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.—Award reversed on the ground that the evidence does not sustain the finding of the claimant's inability to give notice; and the matter remitted to the Commission to take further evidence and to make specific findings on the question of the claimant's inability to give notice and the duration of such inability, or other findings excusing the failure to give notice. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made under the Workmen's Compensation Law by ROCCO GRECIA, Respondent, v. UNITED STATES RAILROAD ADMINISTRATION (NEW YORK CENTRAL RAILROAD); WALKER D. HINES, as Director General of Railroads, Employer and Self-Insurer, Appellant.—Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE NEWMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. SEAMEN LITCHTENSTEIN & Co., INC., and MARYLAND CASUALTY COMPANY, Appellants.— Remitted to the Commission for further hearing and findings.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM FLANAGAN, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. JONES BROTHERS, Employer, and the COMMERCIAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellants.—Remitted to the Commission for further hearing and findings.

THE NEW YORK FRUIT MARKET, a Copartnership Composed of CLEON ALEXANDER and Others, Respondents, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Motion denied.

WILLIAM H. PLUMB and HENRY W. PLUMB, Appellants, v. HENRY CRIMMINS, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PIERCE-ARROW MOTOR CAR COMPANY, Relator, v. WALTER H. KNAPP and Others, as Members of the State Tax Commission, and Another, Respondents.— Motion denied.

FLORENCE E. TABER, as Administratrix, etc., of HARRY T. TABER, Deceased, Appellant, v. WILLIAM G. McADOO, Director General of Railroads, Respondent.—Judgment affirmed, with costs. All concur, except John M. Kellogg, P. J., dissenting.